U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 AUG -9 P 12: 29
STEPHEN C. DRIES
CLERK

# COMPLAINT

(for non-prisoner filers without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

"Michael A Kummer" Plaintiff

v.

(Full name of defendant(s))

Blake Capital Corporation

d/b/a The Ridges Limited Partnership, etal.

731 N. Jackson Street #400, Milwaukee, WI 53262

Case Number:

**17-C-1097**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of  Wisconsin  and resides at
   (State)

   250 Edwards Blvd. #101 Lake Geneva, Wi, 53147
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant  Blake Capital Corporation & The Ridges Limited Partnership, etal.
                                                                          (Name)

Complaint – 1

is (if a person or private corporation) a citizen of **private corporation (s).**
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

I. Blake Capital Corporation d/b/a The Ridges Limited Partnership, etal.

II. Defendants violated Plaintiff's Fair Housing Act rights by terminating tenant's new lease offer, and agreement, in violation of The Federal Fair Housing Amendment Act of 1988, and in violation of Section 504 of the Rehabilitation Act of 1973.

III. After August 1, 2017.

IV. Violation of federal law occurred at The Ridges of Geneva East, 250 South Edwards Blvd. #101.

V. Defendants knew, or should have known that Lessee was disabled. Lessor, etal, engaged in several acts of retaliation for Lessee's possession of Emotional Support

Complaint – 2

Animals. Lessee presented documentation from his VA medical doctor, and VA social worker approving Veteran for Emotional Support Animals, given to the Lessor's representatives. (Exhibits to be shown at later date, or upon request from the Court). Defendant's continued acts of retaliation were a pretext for Plaintiff's engagement in federally protected Acts. Plaintiff is a disabled veteran with diabetes, and a right leg below knee amputation. Plaintiff meets the legislative requirements under the Fair Housing Act to possess Emotional Support Animals. Plaintiff aslo meets the legislative requirements as an individual under the American's with Disabilities Act.

Respectfully Submitted,

Michael Kummer (Plaintiff)

C. JURISDICTION

[■] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I. Plaintiff seeks emergency order from Court (Rule 65 FRCP) against the Defendants commanding Defendants to STOP any further adverse action which impairs the Plaintiffs tenancy. Plaintiff has been instructed to vacate premises by September 30, 2017.

II. Plaintiff seeks damages of $11920.00 which represents failing to renew tenants lease (12 mo. x $985.00) October 1, 2017 thru September 30, 2018.

III. Plaintiff seeks unspecified emotional distress damages.

IV. Plaintiff seeks economic damages.

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   [■] – YES        [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___8th___ day of _____August_____ 20_17_.

> Respectfully Submitted,
>
> *Michael Krumm*
> _____
> Signature of Plaintiff
>
> 262 607-0733
> _____
> Plaintiff's Telephone Number
>
> michaelrte66@hotmail.com
> _____
> Plaintiff's Email Address
>
> 250 South Edwards Blvd.
> _____
> Lake Geneva, Wisconsin 53147
> _____
> (Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[ ] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

[■] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.