UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL KUMMER,

        Plaintiff,

v.

BLAKE CAPITAL CORPORATION
d/b/a THE RIDGES LIMITED
PARTNERSHIP,

        Defendant.

Case No. 2017-CV-1097

---

## STIPULATION FOR DISMISSAL OF ALL CLAIMS
## BY PLAINTIFF AND DEFENDANTS

---

The parties, by their attorneys, stipulate that the Court may enter an order dismissing any and all claims in the above-captioned matter, with prejudice and without costs to either party.

Dated: __N/a__, 2017.

    Reinhart Boerner Van Deuren s.c

By: _____
Joshua D. Taggatz
State Bar ID No. 1081477
Attorneys for Defendants
22 E. Mifflin Street, Suite 600
Madison, WI 53703
608-229-2200

Dated: __10/31__, 2017.

By: _____
Terry L. Constant
State Bar ID No. 1011665
Attorneys for Plaintiff
5712 - 6th Avenue
Kenosha, WI 53140
262-654-0297